cc: USBK

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:25-cv-08471-SSS | Date | December 1, 2025 |
|---|---|---|---|
| Title | *In Re Gregory Langadinos et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING FOR FAILURE TO RESPOND TO ORDER TO SHOW CAUSE [DKT. NO. 10]**

On November 3, 2025, the Court issued an Order to Show Cause after Appellant Gregory Langadinos failed to submit the required statement of issues and notice of transcript designation within the time required. [Dkt. No. 10]. Appellant was ordered to show cause as to why the case should not be dismissed pursuant to his failure to file the required documents for a Bankruptcy Appeal. [*Id.*].

The deadline to submit a response to the Order was on November 17, 2025. Appellant has not submitted a response to the Court at this time. The Court hereby **DISMISSES WITHOUT PREJUDICE** the action.

**IT IS SO ORDERED.**